JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA  91403
Tel:  818 905 6611
Fax:  818 789 1375
Email:  jklowenstein@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHERMAN ) | CASE NO. CV 13-00492 CW |
| ) | |
| Plaintiff ) | ~~(PROPOSED)~~ ORDER AWARDING |
| ) | ATTORNEY FEES UNDER EAJA |
| VS. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant ) | |
| _____) | |

   Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

   IT IS HEREBY ORDERED

   That  EAJA fees are awarded in the amount of $4,100.00, subject to the terms of the stipulation.

*Carla M. Woehrle*

Dated: April 16, 2014   _____

                           Carla Woehrle
                           U.S. MAGISTRATE

1